(No. 25997.)
ELBERT M. OLIVER, Appellant, *vs*. THE RETIREMENT BOARD
OF THE MUNICIPAL EMPLOYEES' ANNUITY AND BENE-
FIT FUND OF CHICAGO, Appellee.

*Opinion filed February 18, 1941.*

JOHN F. CUSACK, and JAMES J. CUSACK, JR., (ROBERT
IRMIGER, of counsel,) for appellant.

BARNET HODES, Corporation Counsel, (GEORGE F. MUL-
LIGAN, of counsel.) for appellee.

Mr. JUSTICE STONE delivered the opinion of the court:

Appellant complains of the judgment of the superior
court of Cook county quashing the writ of *certiorari* sued
out by him to review the action of the Retirement Board
of the Municipal Employees' Annuity and Benefit Fund of
Chicago, which had reduced appellant's payments· due him
from that fund on account of injuries he had sustained
while on duty. Counsel state that the issue involved is the
construction of sections 46 and 57½ of the act to provide
for the Employees' Annuity and Benefit Fund for certain
cities. Ill. Rev. Stat. 1939, chap. 24, pars. 1089, 1100½.

Appellant contends here, and his petition for *certiorari*
in the court below was based on that contention, that by
virtue of the two sections of the act hereinabove referred
to, he should receive two separate and distinct benefit pay-
ments, one for himself and another for dependent children.

His assignments of error present only questions as to the construction of the act.

The trial court certified that a constitutional question is involved. Counsel for appellant here states that he has some doubt about the existence of a constitutional question in the appeal, but that because of the certificate of the trial court he felt the matter should be presented here.

Cases involving only the construction of a statute do not involve a constitutional question and the certificate of the trial judge that a constitutional question is involved does not confer upon this court jurisdiction on direct review.

The cause is transferred to the Appellate Court for the First District.